LISA SUAREZ AND ROBERT MITCHELL

VERSUS

FREDDIE KING, III AND ARTHUR MORRELL, IN HIS OFFICIAL CAPACITY AS ORLEANS PARISH CRIMINAL CLERK OF COURT AND CHIEF ELECTIONS OFFICER

* NO. 2021-CA-0458

* COURT OF APPEAL

* FOURTH CIRCUIT

* STATE OF LOUISIANA

*

*

* * * * * * *

*JCL*   **LOBRANO, J., CONCURS IN THE RESULT**